AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>JAMES MATTHEW SPENCER<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)     3:14-MJ-043-SAA<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of    8/28/2013 and 12/03/2014    in the county of    Desoto    in the
   Northern    District of    Mississippi   , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 2252(a)(1), 2252(a)(4)(B)<br>2252A(a)(1), and 2252A(a)(5)(B) | Transportation and Possession of visual depictions of images minors engaged in sexually explicit conduct, and of child pornography |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

                                                             *Complainant's signature*

                                 Richard Johnson, Task Force Officer, FBI
                                                             *Printed name and title*

Sworn to before me and signed in my presence.

Date:    12/10/2014

                                                                        *Judge's signature*

City and state:    Oxford, Mississippi           S. ALLAN ALEXANDER, U. S. Magistrate Judge
                                                                            *Printed name and title*